# Court of Appeals
# of the State of Georgia

ATLANTA,   September 03, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2261. ARTHUR L. STEELE v. THE STATE.**

A jury found Arthur L. Steele guilty of two counts of burglary, and we affirmed his conviction in an unpublished opinion. See *Steele v. State*, Case Number A09A1941, decided Jan. 13, 2010. In 2015, Steele filed an extraordinary motion for a new trial, which the trial court denied. Steele seeks to appeal this ruling.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Because Steele failed to comply with the discretionary appeal procedure, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*   09/03/2015
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*